LAW OFFICES
# LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

March 9, 2012

Honorable Sandra L. Townes
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:   United States v. Gerald Parsons**
       **Criminal Docket No.: 11 CR 413**

Dear Judge Townes:

Please be advised that I am writing this letter on behalf of Gerald Parsons. I am writing to request your Honor's permission to allow Mr. Parson's pre-trial conditions of release, namely restricting his movements to New York, New Jersey and Pennsylvania, be modified to permit Mr. Parsons to travel on a family vacation.

With the Court's permission Mr. Parsons and his family would leave the family's home on Saturday, August 18th 2012 and drive to Ocean City, Maryland. They will be staying at Ocean Bliss Condominiums located on the corner of 51st Street and Coastal Highway. They would be returning back to the family's home on Saturday, August 25th 2012 after lunch.

Therefore, I request that your Honor give permission to Mr. Parsons to travel with his family for this short stay on August 18th 2012 and return to his home on August 25th 2012. The government, by AUSA Lan Ngyuen, and pre-trial services, by Officer Robert long, do not oppose this application.

Agreed to by:

s/ SLT

_____
Judge Townes    July 27, 2012

Very truly yours,

LAZZARO LAW FIRM, P.C.

BY: _____/s/_____
         Lance Lazzaro

Page 1 of 1